UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
Steven A. Ludsin,

        Plaintiff/Petitioner(s),        <u>ORDER GRANTING IFP APPLICATION</u>

  -against-        <u> 14 </u> Civ. <u> 5159  </u> ( UA  )

MetLife,

        Defendant/Respondent(s).
--------------------------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

    Leave to proceed in this Court without prepayment of fees is authorized.  28 U.S.C. § 1915.

    SO ORDERED:

_____
LORETTA A. PRESKA
Chief United States District Judge

Dated:  July 11, 2014
       New York, New York