UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
                                                                                                  :

STEVEN A. LUDSIN,                                              :
                                                                                :   Case No. 1:14-cv-5159 (LGS)
                                  Plaintiff,                         :
                                                                                :
      -against-                                                           :   NOTICE OF LIMITED
                                                                                :   APPEARANCE OF
METLIFE,                                                                 :   *PRO BONO* COUNSEL
                                                                                :
                                 Defendant.                   :
-------------------------------------------------------------------  :
                                                                                  X

To the Clerk of this Court and all parties of record:

    Please enter our appearances as *pro bono* counsel in this case on behalf of Plaintiff Steven A. Ludsin for the limited purpose of mediation.

    The undersigned certify that we are admitted to practice before this Court.

Dated: Newark, New Jersey
         August 21, 2014

                                                /s Maurice Q. Robinson_____
                                                    Maurice Q. Robinson (MR1209)
                                                    maurice.robinson@shu.edu

                                               /s Alan Serrins_____
                                                    Alan Serrins (AS4739)
                                                    alan.serrins@shu.edu

                                                    **SETON HALL UNIVERSITY**
                                                    **SCHOOL OF LAW**
                                                    **CONFLICT MANAGEMENT PROGRAM**
                                                    One Newark Center, Room 429
                                                    Newark, New Jersey 07102
                                                    973.642.8084 [Office]