```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/04/2014
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN A. LUDSIN,

                              Plaintiff,

          -against-

METLIFE,

                              Defendant(s).

Docket Number:

14 CIV. 5159 (LGS)

**Motion for Permission for
Electronic Case Filing**

As the (<u>Plaintiff</u>/Defendant) *pro se* <u>Steven A. Ludsin</u> in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic case filing ("e-filing") in this case. I hereby affirm that:

1. I have reviewed the requirements for e-filing and agree to abide by them.

2. I have completed the Court's CM/ECF introduction course.

3. I understand that once I register for e-filing, I will receive notices and documents only by e-mail in this case and not by regular mail.

4. I understand that e-mail is not foolproof, and therefore, I must regularly review the docket sheet of the case so that I do not miss a filing.

5. I have regular access to the technical requirements necessary to e-file successfully:

   ☑ A computer with internet access;

   ☑ An e-mail account on a daily basis to receive notifications from the Court and notices from the e-filing system.

   ☑ A scanner to convert documents that are only in paper format into electronic files;

   ☑ A printer or copier to create to create required paper copies such as chambers copies;

   ☑ A word-processing program to create documents; and

   ☑ A pdf reader and a pdf writer to convert word-processing documents into pdf format, the only electronic format in which documents can be e-filed.

Date: JULY 24, 2014                    Signature: Steven A Ludsin

Name: Steven A. Ludsin

Address: 36 Thanet Way

East Hampton, N.Y. 11937

Phone Number: 917 558 7730

E-mail Address: Ludsin@gmail.com

Dated:  September 4, 2014
        New York, New York

**SO ORDERED**

HON. LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN A. LUDSIN

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

14 Civ. 5159 (LGS) (JLC)

- against -

METLIFE

**AFFIRMATION IN
SUPPORT OF MOTION**

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

I, Steven A. Ludsin , affirm under penalty of perjury that:

1.     I, Steven A. Ludsin , am the (plaintiff)/defendant in the above entitled action,
         *(name)*                                    *(circle one)*
and respectfully move this Court to issue an order for Permission for Electronic Case Filing
                                                         *(state what you want the Judge to order)*

2.     The reason why I am entitled to the relief I seek is the following *(state all your reasons

*using additional paragraphs and sheets of paper as necessary)*: to efficiently file documents
and reply to the defendant's motions and assist
the mediation process in which I have engaged
Seton Hall University School of Law Representation in Mediation

**WHEREFORE,** I respectfully request that the Court grant this motion, as well as such

other and further relief as may be just and proper.

**I declare under penalty of perjury that the foregoing is true and correct.**

Dated: New York , N.Y
         *(city)*          *(state)*
JULY   24   20 14
*(month)  (day)  (year)*

Signature  Steven A. Ludsin
Address   36 Thanet Way
East Hampton, N.Y. 11937
Telephone Number  917 558 7730
Fax Number *(if you have one)* _____

*Rev. 05/2007*